Anna Belle BAKER, Appellant,

v.

Frank Curtis BAKER, Respondent.

No. WD 43871.

Missouri Court of Appeals,
Western District.

Aug. 13, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 1, 1991.

L.R. Magee, Hines & Magee, Kansas City, for appellant.

C. Michael Fitzgerald, Fitzgerald, Fitzgerald & Carter, Warrensburg, for respondent.

Before BERREY, P.J., and ULRICH and BRECKENRIDGE, JJ.

ORDER

PER CURIAM.

Appeal from the division of property in a dissolution of marriage.

Affirmed.   Rule 84.16(b).